**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CASE NO. 4:25-MJ-639** |
| **V.** | § | |
| | § | |
| | § | |
| **LUIS EDWARD FILIGRANA-VERGARA** | § | |

**GOVERNMENT'S MOTION TO DISMISS COMPLAINT**

TO THE HONORABLE COURT:

The United States of America, through John G.E. Marck, Acting United States Attorney for the Southern District of Texas, and Sebastian Edwards, Assistant United States Attorney, moves to dismiss the above Complaint, under case number 4:25-mj-639 against: **LUIS EDWARD FILIGRANA-VERGARA** without prejudice.

Respectfully submitted,

JOHN G.E. MARCK
Acting United States Attorney

By:  *Sebastian A. Edwards*
SEBASTIAN EDWARDS
Assistant U.S. Attorney
1000 Louisiana St, Suite 2300
Houston, Texas 77002
(713) 567-9000