**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CASE NO.   4:25-MJ-639** |
| **V.** | § | |
| | § | |
| **LUIS EDWARD FILIGRANA-VERGARA** | § | |

**ORDER**

HAVING CONSIDERED the Government's Motion to Dismiss the Complaint against **LUIS EDWARD FILIGRANA-VERGARA**, without prejudice, the Government's motion is **GRANTED**.

SIGNED in Houston, Texas on this the _____ day of _____, 2026.


_____
United States Magistrate Judge